**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**IN RE: APPLICATION OF AMAZON AGRI BIOTECH HK LTD.**

**26-MC-00398 (VF)**

**ORDER**

**-----------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On August 7, 2026, Amazon Agri Biotech HK Ltd. ("Amazon Agri") filed an *ex parte* application seeking an order pursuant to 28 U.S.C. § 1782, authorizing the issuance of subpoenas to Grasshopper Bank National Association and Citibank N.A. (collectively, "Respondents") for use in foreign proceedings in Brazil. ECF No. 1.

By **August 25, 2026**, Amazon Agri is directed to serve a copy of this Order, as well as ECF Nos. 1-5 (including exhibits), on the Respondents and file proof of such service on the docket. By **September 15, 2026**, Respondents are directed to file their response to Amazon Agri's application, or seek an extension of time to do so. By **September 22, 2026**, Amazon Agri is directed to file its reply, if any.

**SO ORDERED.**

DATED: New York, New York
August 18, 2026

VALERIE FIGUEREDO
United States Magistrate Judge